Case 7:25-cv-07946-KMK    Document 14    Filed 06/23/26    Page 1 of 1

# TOBIN, BERNARDON, WAZNY & MANGANIELLO, LLP

## ATTORNEYS AT LAW

June 23, 2026

Honorable Justice Kenneth M. Karas, U.S.D.J.
United States District Court
300 Quarropas Street
White Plains, New York 10601

    *Re: Spearman v. Mount Vernon City School District; 7:25-cv-07946-KMK*

Dear Honorable Justice Karas:

    Our office represents Plaintiff, Jane Spearman, in the above-referenced matter. On May 29, 2026, the Court issued an Order (Document 13) dismissing and discontinuing the instant matter without costs and without prejudice to the right to reopen the action within thirty (30) days of the date of the Order if the settlement is not consummated.

    On consent of all parties, the undersigned respectfully requests an extension of the thirty (30) day deadline to reopen this matter. A General Release has been prepared and counsel are in communication with respect to a minor outstanding issue that must be resolved before the document can be executed.

    It is my understanding that, following Plaintiff's execution of the General Release, the settlement document must be presented to the Board of Education for approval. Based on conversations with opposing counsel, the proposed settlement will not be presented to the Board of Education for review and approval before sometime in July 2026.

    Accordingly, it is respectfully requested that the deadline for Plaintiff's application to reopen the matter be extended up to and including July 31, 2026. Should the Court require any additional information, please do not hesitate to contact the undersigned. I appreciate the Court's courtesy and consideration with respect to this matter.

Respectfully Submitted,

Gabriella Manganiello, Esq.

Granted.

SO ORDERED:

HON. KENNETH M. KARAS, U.S.D.J.

6/23/2026